1   BENJAMIN B. WAGNER
    United States Attorney
2   MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
3   501 I Street, Suite 10 100
    Sacramento, California   95814
4
    Telephone: (916) 554 2700
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            )
                        Plaintiff,       )  CR NO.   13-0292-JAM
12                                       )
                                         )
13       v.                              )
                                         )
    LEE VANG,                            )
14                                       )
                        Defendant.       )
                                         )
15                                       )
    _____)
16  UNITED STATES OF AMERICA,            )
                        Plaintiff,       )  CR NO.   14-254-KJM
17                                       )
         v.                              )
18                                       )
    LEE VANG,                            )
                        Defendant.       )  RELATE CASES ORDER
19  _____)

20

21       Examination of the above-captioned matters, to wit, (1) case

22  number CR. S-13-0292-JAM against Lee Vang, and (2) CR. S-14-0254,

23  also against Lee Vang, reveals that the actions are related within

24  the meaning of Local Rule 83-123.  The actions involve the same

25  defendant, similar fraud conduct, and similar law enforcement

26  witnesses, and would therefore entail a substantial duplication of

27  labor if heard by different judges.  Accordingly, the assignment of

28  the matters to the same judge is likely to effect a substantial

MOTION AND RELATED CASES ORDER (PROPOSED)                          4

1  savings of judicial effort and is also likely to be convenient for
2  the parties.
3      The parties should be aware that relating the cases under Local
4  Rule 83-123 merely has the result that the actions are assigned to
5  the same judge.  No consolidation of the actions is effected.  Under
6  the regular practice of this court, related cases are assigned to the
7  judge to whom the first filed action was assigned.
8      IT IS THEREFORE ORDERED that the actions are assigned and
9  related to U.S. District Court Judge Mendez, for all further
10 proceedings.  Henceforth, the caption on documents filed in the cases
11 shall show the initials "JAM".
12     IT IS FURTHER ORDERED that the clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15     AND, IT IS FURTHER ORDERED that, pursuant to the stipulation of
16 the parties, the clerk of the Court SHALL place the matter designated
17 Cr 14-254 on this Court's October 14, 2014 calendar at 9:45 am for
18 arraignment, waiver of indictment, and entry of a plea.
19 DATED: 9-23-2014
20                          JOHN A. MENDEZ
                           U.S. DISTRICT COURT JUDGE
21 ///
22
23
24
25
26
27
28

MOTION AND RELATED CASES ORDER (PROPOSED)                    5