HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LEE VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-000292 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO AMEND JUDGMENT TO CORRECT |
| v. | ) ) | ERROR PURSUANT TO RULE 36 |
| LEE VANG, | ) ) | JUDGE:  Hon. John A. Mendez |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED between the parties, MICHELLE RODRIGUEZ, Assistant United States Attorney, counsel for the Plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for Defendant LEE VANG, that the Judgment entered in this case, No. 2:13-CR-000292 JAM, on March 31, 2015 (docket #36) be amended pursuant to Fed. R. Crim. P. 36 to remove the language that Mr. Vang "owes $1,637.00 to the clerk of the court" and replace the language with language that Mr. Vang "owes $500 to Golden One Credit Union, jointly and severally with Tou Fue Lor."  The error in this judgment resulted from the inadvertent inclusion of losses from Mr. Vang's other case (2:14-CR-0254 JAM) into this case's judgment when both cases were sentenced on the same date.  All parties and U.S. Probation agree with this correction.

1   Fed. R. Crim. P. 36 gives the Court jurisdiction to amend a judgment to correct clerical

2   errors in a judgment due to oversight.

3   Dated:  September 22, 2015                    Respectfully submitted,

4

5                                                HEATHER E. WILLIAMS
                                                 Federal Defender

6                                                */s/Douglas Beevers*
                                                 DOUGLAS BEEVERS
7                                                Assistant Federal Defender
                                                 Attorney for Defendant
8                                                Lee Vang

9   Dated:  September 22, 2015                    BENJAMIN B. WAGNER
                                                 United States Attorney
10

11                                               */s/ Michelle Rodriguez*
                                                 Michelle Rodriguez
12                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>LEE VANG,<br><br>              Defendant. | )   NO. 2:13-CR-000292 JAM<br>)<br>)   ORDER TO AMEND JUDGMENT TO<br>)   CORRECT ERROR PURSUANT TO RULE<br>)   36<br>)<br>)<br>)   JUDGE:  Hon. John A. Mendez<br>)<br>) |

## O R D E R

IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby orders pursuant to Fed. R. Crim. P. 36 that the Judgment entered March 31, 2015 in Case No. 2:13-CR-000292 JAM be amended to remove the language that Mr. Vang "owes $1,637.00 to the clerk of the court" and replace the language with language that Mr. Vang "owes $500 to Golden One Credit Union, jointly and severally with Tou Fue Lor."

Dated: September 23, 2015

_____
/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge